William H. JOHNSON, Jr., and Dorothy Battle Johnson, Executrix, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5033.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2003.

Rehearing and Rehearing En Banc Denied Oct. 6, 2003.

Before MICHEL, BRYSON and DYK, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

SPECTRONIX LTD., Plaintiff/Counterclaim Defendant–Appellant,

and

Spectrex, Inc., Counterclaim Defendant,

v.

DETECTOR ELECTRONICS, Defendant/Counterclaimant–Appellee.

No. 03–1178.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2003.

Before LOURIE, CLEVENGER, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.